IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-MJ-1578

IN RE: SEIZURE WARRANT FOR :
:
Funds totaling up to $498,000.00 contained in:
Southern Bank account numbered 6741000301 :

## ORDER TO UNSEAL APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant sealed herein be unsealed.

This the 27th day of July, 2012.

_____
WILLIAM A. WEBB
United States Magistrate Judge